UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIAN GALASSO,**

    **Plaintiff,**

v.                                                      Case No: 6:16-cv-2035-Orl-41KRS

**SASCOSPORTS, INC.,**

    **Defendant.**

                                                  /

**ORDER**

THIS CAUSE is before the Court on the parties' Renewed Joint Motion to Approve FLSA Settlement and Dismissal with Prejudice ("Renewed Motion," Doc. 32). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation ("R&R," Doc. 34), in which she recommends that the Renewed Motion be granted in part. Specifically, Judge Spaulding recommends that the Court strike the modification provision from the Settlement Agreement, find that the settlement of the FLSA claim is reasonable, approve the parties' Settlement Agreement as modified, and dismiss the case with prejudice. (*Id.* at 8).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 34) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. To the extent the modification provision (Doc. 27-1 ¶ 12) purports to allow the Settlement Agreement to be modified without Court approval, it is **STRICKEN**.

3. The parties' Renewed Joint Motion to Approve FLSA Settlement and Dismissal with Prejudice (Doc. 32) is **GRANTED**; the Settlement Agreement, as amended by this Court, is **APPROVED**; and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record